UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:24–cv–00203–MWF–RAO | Date | January 31, 2024 |

| | |
|---|---|
| Title | ROBERT CAULEY V. YOSEYRA LOPEZ ET AL |

---

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

|  Rita Sanchez  |  Not Reported;  |
|---|---|
| Courtroom Deputy | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**


In light of the Notice of Settlement filed January 25, 2024 (Docket No. 12), the Court sets a hearing on Order To Show Cause Re Dismissal for March 4, 2024 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

**IT IS SO ORDERED.**


Initials of Clerk:  smom